TO:     All Court of Appeals Judges, Professor Bacigal, Professor Swisher and John Tucker

FROM:  Marty Ring

DATE:  April 1, 2014


       The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Sandra D. T. Griffin
      v. David L. Griffin, Deceased, c/o Kimberly Cowser-Griffin, etc.
      Record No. 1177-13-1
      Opinion rendered by Judge Humphreys on
      January 28, 2014

2.  Marvin T. Rideout, III
      v. Commonwealth of Virginia
      Record No. 0513-13-2
      Opinion rendered by Judge Beales on
      February 4, 2014

3.  Raymond Charles Case
      v. Commonwealth of Virginia
      Record No. 2188-12-4
      Opinion rendered by Judge Alston on
      February 11, 2014